FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 26 2014

JAMES N. HATTEN, Clerk
By Deputy Clerk

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE ADELPHIA COMMUNICATIONS CORPORATION SECURITIES AND DERIVATIVE LITIGATION | Case No. 1:14-MI-0017 (N.D. Ga.) |
| This document relates to: | 03-MDL-1529-JMF (S.D.N.Y.) |
| *Island Partners, et al. v. Deloitte & Touche LLP* (05-CV-2770) | and |
| JAMES RIGAS, JOHN RIGAS, ZITO I, L.P., and ZITO MEDIA, L.P., Plaintiffs, v. DELOITTE & TOUCHE, LLP, Defendant. | 05-CV-2770-JMF (S.D.N.Y.) |



## MOTION TO QUASH SUBPOENAS

Third parties Wallace Haislip and John Wharton, through their undersigned counsel, for the reasons set forth in the accompanying Memorandum of Law in Support of Motion to Quash Subpoenas, hereby move the Court for an Order, in the proposed form submitted herewith, quashing the subpoenas served upon them in the above-captioned proceedings by Plaintiffs James Rigas, John Rigas, Zito I, L.P., and Zito Media, L.P.

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1(D), the undersigned hereby certifies that the foregoing Motion to Quash Subpoenas has been prepared in Times New Roman 14, a font and type selection approved by the Court in L.R. 5.1(B).

Dated: February 26, 2014

Respectfully submitted,

_____
Oscar N. Persons
Georgia Bar No. 573500
STRICKLAND BROCKINGTON LEWIS LLP
Midtown Proscenium Suite 2200
1170 Peachtree Street NE
Atlanta, GA 30309-7200
Telephone: (678) 347-2200
Facsimile: (678) 347-2210
Email: oscar.persons@sbllaw.com

Robert L. Michels
Pro Hac Vice Application Pending
Joseph L. Motto
Pro Hac Vice Application Pending
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Tel: (312) 558-5600
Facsimile: (312) 558-5700
rmichels@winston.com
jmotto@winston.com

*Attorneys for Wallace Haislip and John Wharton*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE ADELPHIA COMMUNICATIONS CORPORATION SECURITIES AND DERIVATIVE LITIGATION<br><br>This document relates to:<br><br>*Island Partners, et al. v. Deloitte & Touche LLP* (05-CV-2770)<br><br>JAMES RIGAS, JOHN RIGAS, ZITO I, L.P., and ZITO MEDIA, L.P.,<br>       Plaintiffs,<br><br>      v.<br>DELOITTE & TOUCHE, LLP,<br>       Defendant. | Case No. _____ (N.D. Ga.)<br><br>03-MDL-1529-JMF (S.D.N.Y.)<br><br>and<br><br>05-CV-2770-JMF (S.D.N.Y.) |

## CERTIFICATE OF SERVICE

I, the undersigned attorney, hereby certify that on February 26, 2014, I caused a true and correct copy of the foregoing **MOTION TO QUASH SUBPOENAS** to be served via U.S. Mail upon the following:

Michael P. Gallagher
DILWORTH PAXON LLP
1500 Market Street, Suite 3500E
Philadelphia, PA 19102
Tel: (215) 575-7154
Fax: (215) 575-7200
mgallagher@dilworthlaw.com

*Counsel for James Rigas et al.*

James E. Canning
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Ave.
New York, NY 10019-7475
Tel: (212) 474-1070
Fax: (212) 474-3700
JCanning@cravath.com

*Counsel for Deloitte & Touche LLP*

By: _____
Oscar N. Persons
Georgia Bar No. 573500