# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:14-mi-00017-ODE-ECS
### Rigas et al v. Deloitte & Touche, LLP
### Honorable E. Clayton Scofield, III

Minute Sheet for proceedings held In Chambers on 03/03/2014.

TIME COURT COMMENCED: 4:00 P.M.
TIME COURT CONCLUDED: 5:00 P.M.
TIME IN COURT: 1:00
OFFICE LOCATION: Atlanta
DEPUTY CLERK: Michael Hill

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Oscar Persons representing John Wharton<br>Oscar Persons representing Wallace Haislip<br>Jonathan Poole representing John Wharton<br>Jonathan Poole representing Wallace Haislip<br>** Robert Michels representing John Wharton<br>** Robert Michels representing Wallace Haislip<br>** Christie Comerford representing Zito I, L.P.<br>** Christie Comerford representing Zito Media, L.P.<br>** Christie Comerford representing James Rigas<br>** Christie Comerford representing John Rigas<br>** James Canning representing Deloitte & Touche, LLP |
| PROCEEDING CATEGORY: | Discovery Hearing(Oral Argument Hearing); Telephone Conference (Oral Argument Hearing); |
| MOTIONS RULED ON: | [1]Motion to Quash DENIED |
| MINUTE TEXT: | This matter came on for hearing on the motion to quash filed by Wallace Haislip and John Wharton. The Court heard from counsel for the movants and counsel for the plaintiffs. After hearing oral argument and reviewing the record, the motion to quash is overruled. |